Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
William M. Pao (SBN 219846)
  william@setarehlaw.com
SETAREH LAW GROUP
315 South Beverly Drive, Suite 315
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
CRAIG ELLIS

*(Additional counsel on next page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRAIG ELLIS, on behalf of himself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLARK CONSTRUCTION GROUP-CALIFORNIA, INC., a California corporation; CLARK CONSTRUCTION GROUP-CALIFORNIA, L.P., a Maryland Limited Partnership; CLARK CONSTRUCTION GROUP, LLC, a Maryland Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:20-cv-02136-HSG<br><br>Assigned for All Purposes to the Honorable Hon. Haywood S. Gilliam, Jr., Courtroom 2<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Complaint Filed: February 20, 2020<br>Action Removed: March 27, 2020 |

1 | RYAN H. CROSNER, CA Bar No. 278418
ryan.crosner@ogletree.com
2 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3 | 400 South Hope Street, Suite 1200
Los Angeles, CA 90071
4 | Telephone:   213-239-9800
Facsimile:   213-239-9045
5
6 | KEVIN HA, CA Bar No. 322252
kevin.ha@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
7 | STEWART, P.C.
Steuart Tower, Suite 1300
8 | One Market Plaza
San Francisco, CA 94105
9 | Telephone:   415-442-4810
Facsimile:   415-442-4870
10
Attorneys for Defendants
11 | CLARK CONSTRUCTION GROUP-CALIFORNIA, INC.; CLARK
12 | CONSTRUCTION GROUP-CALIFORNIA, L.P. and CLARK CONSTRUCTION GROUP,
13 | LLC

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

Plaintiff CRAIG ELLIS ("Plaintiff") and Defendants CLARK CONSTRUCTION GROUP-CALIFORNIA, INC., CLARK CONSTRUCTION GROUP-CALIFORNIA, L.P., and CLARK CONSTRUCTION GROUP, LLC (the "Defendants") (Plaintiff and Defendant, collectively, the "Parties"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Court set the Case Management Conference for July 7, 2020, at 2:00 p.m. (Dkt. 13);

WHEREAS, Defendants have alleged that Plaintiff's case was filed outside of the applicable statute of limitations period for his claims in this action;

WHEREAS, Defendants have just submitted a declaration of facts to Plaintiff for his review in support of their allegation;

WHEREAS, Plaintiff is currently considering and investigating the facts alleged in Defendants' declaration; and

WHEREAS, should the factual allegations in Defendants' declaration be verified upon Plaintiff's investigation, the Parties will file a stipulation for dismissal of this action;

IT IS HEREBY STIPULATED that the July 7, 2020 Case Management Conference to August 11, 2020 to allow Plaintiff to complete his investigation into Defendants' alleged facts and for the Parties to file a stipulation for dismissal, if warranted.

IT IS SO STIPULATED.

DATED:  June 30, 2020                         SETAREH LAW GROUP

                                              */s/ Shaun Setareh*
                                              SHAUN SETAREH
                                              WILLIAM M. PAO

                                              Attorneys for Plaintiff
                                              CRAIG ELLIS

///

///

///

///

| | | |
|---|---|---|
| 1 | DATED:  June 30, 2020 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 2 | | |
| 3 | | /s/ *Ryan H. Crosner*<br>RYAN H. CROSNER<br>KEVIN HA |
| 4 | | |
| 5 | | Attorneys for Defendants<br>CLARK CONSTRUCTION GROUP-CALIFORNIA, INC.; CLARK CONSTRUCTION GROUP-CALIFORNIA, L.P. and CLARK CONSTRUCTION GROUP, LLC |

### **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Shaun Setareh*
Shaun Setareh
SETAREH LAW GROUP

2
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Good cause appearing, and for the reasons set forth above, it is hereby ordered that the Case Management Conference currently set for July 7, 2020 (Dkt. 13) shall be continued to August 11, 2020 at 2:00 p.m. |

IT IS SO ORDERED.

Dated:     7/1/2020                              *Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE