Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
William M. Pao (SBN 219846)
  william@setarehlaw.com
Jose Maria D. Patino, Jr. (SBN 270194)
  jose@setarehlaw.com
SETAREH LAW GROUP
315 South Beverly Drive, Suite 315
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
CRAIG ELLIS

*(Additional counsel on next page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRAIG ELLIS, on behalf of himself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLARK CONSTRUCTION GROUP-CALIFORNIA, INC., a California corporation; CLARK CONSTRUCTION GROUP-CALIFORNIA, L.P., a Maryland Limited Partnership; CLARK CONSTRUCTION GROUP, LLC, a Maryland Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:20-cv-02136-HSG<br><br>Assigned for All Purposes to the Honorable Hon. Haywood S. Gilliam, Jr., Courtroom 2<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER (as modified)**<br><br>Complaint Filed: February 20, 2020<br>Action Removed: March 27, 2020 |

1  RYAN H. CROSNER, CA Bar No. 278418
   ryan.crosner@ogletree.com
2  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
3  400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
4  Telephone:    213-239-9800
   Facsimile:    213-239-9045
5
   KEVIN HA, CA Bar No. 322252
6  kevin.ha@ogletree.com
   OGLETREE, DEAKINS, NASH, SMOAK &
7  STEWART, P.C.
   Steuart Tower, Suite 1300
8  One Market Plaza
   San Francisco, CA  94105
9  Telephone:    415-442-4810
   Facsimile:    415-442-4870
10
   Attorneys for Defendants
11 CLARK CONSTRUCTION GROUP-
   CALIFORNIA, INC.; CLARK
12 CONSTRUCTION GROUP-CALIFORNIA,
   L.P. and CLARK CONSTRUCTION GROUP,
13 LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER

1  Plaintiff CRAIG ELLIS ("Plaintiff") and Defendants CLARK CONSTRUCTION GROUP-
2  CALIFORNIA, INC., CLARK CONSTRUCTION GROUP-CALIFORNIA, L.P., and CLARK
3  CONSTRUCTION GROUP, LLC (the "Defendants") (Plaintiff and Defendant, collectively, the
4  "Parties"), through their respective counsel, hereby stipulate and agree as follows:

5  WHEREAS, the Court set the Case Management Conference telephonically for August 11,
6  2020 at 2:00 p.m. (Dkt. 21);

7  WHEREAS, Defendants have alleged that Plaintiff's case was filed outside of the applicable
8  statute of limitations period for his claims in this action;

9  WHEREAS, Defendants submitted a declaration of facts to Plaintiff in support of their
10 allegation for his review;

11 WHEREAS, Defendants have represented that they will shortly provide Plaintiff further
12 information necessary to support their allegation for his review;

13 WHEREAS, Plaintiff will need to investigate the further information provided by
14 Defendants once received;

15 WHEREAS, should Defendants' factual allegations be verified upon Plaintiff's investigation
16 and dismissal therefore be warranted, the Parties will file a joint stipulation for dismissal of this
17 action;

18 THEREFORE, IT IS HEREBY STIPULATED that the August 11, 2020 Case Management
19 Conference be continued to September 8, 2020 to allow the Defendants to provide their further
20 information, to allow Plaintiff to complete his investigations thereupon, and for the Parties to file a
21 stipulation for dismissal, if warranted.

22 IT IS SO STIPULATED.

23 DATED:  August 5, 2020                    SETAREH LAW GROUP

24
                                             */s/ Shaun Setareh*
25                                           SHAUN SETAREH
                                             WILLIAM M. PAO
26                                           JOSE MARIA D. PATINO, JR.,

27                                           Attorneys for Plaintiff
                                             CRAIG ELLIS
28

DATED:  August 5, 2020               OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                  */s/ Ryan H. Crosner*
                  RYAN H. CROSNER
                  KEVIN HA

                  Attorneys for Defendants
CLARK CONSTRUCTION GROUP-CALIFORNIA, INC.; CLARK CONSTRUCTION GROUP-CALIFORNIA, L.P. and CLARK CONSTRUCTION GROUP, LLC

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                  */s/ Shaun Setareh*
                  Shaun Setareh
                  SETAREH LAW GROUP

**ORDER**

Good cause appearing, and for the reasons set forth above, it is hereby ordered that the Telephonic Case Management Conference currently set for August 11, 2020 shall be continued to September 8, 2020 at 2:00 p.m.  All counsel shall use the following dial-in information to access the call:  Dial-In:  888-808-6929/Passcode:  6064255.

For call clarity, parties shall <u>NOT</u> use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.  The parties are further advised to ensure that the Court can hear and understand them clearly before speaking at length.

IT IS SO ORDERED.

Dated:  <u>August 5, 2020</u>

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE