United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ELLIS,<br><br>        Plaintiff,<br><br>    v.<br><br>CLARK CONSTRUCTION GROUP-CALIFORNIA, INC., et al.,<br><br>        Defendants. | Case No. 20-cv-02136-HSG<br><br>**ORDER GRANTING MOTION TO REMAND**<br><br>Re: Dkt. No. 31 |

Pending before the Court is Plaintiff Craig Ellis's motion to remand this action. Dkt. No. 31. On October 28, 2020, Defendants Clark Construction Group – California, Inc., Clark Construction Group – California, L.P., and Clark Construction Group, LLC filed a statement of non-opposition, pursuant to Civil L.R. 7-3(b). Dkt. No. 32. Accordingly, the Court **GRANTS** the motion to remand. The Court **ORDERS** this case **REMANDED** to the California Superior Court for Alameda County. The Clerk is directed to remand and close the case.

**IT IS SO ORDERED.**

Dated: 10/29/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge